FILE COPY

RE: Case No. 15-0141        DATE: 6/18/2015

COA #: 12-13-00005-CV    TC#: 2012-876-A

STYLE: THE GOOD SHEPHERD HOSPITAL, INC.
v. RONALD MASTEN AND CHARLENE MASTEN

Today the Supreme Court of Texas granted the petitioner's motion to substitute counsel in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 19 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK